**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7446

ROBERT L. FUNCHES,

        Plaintiff – Appellant,

    v.

CITY OF PETERSBURG, VA CIRCUIT COURT,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   Henry E. Hudson, District
Judge.  (3:13-cv-00819-HEH)

Submitted: February 20, 2015     Decided:  March 31, 2015

Before SHEDD, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert L. Funches, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Funches appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Funches v. City of Petersburg, No. 3:13-cv-00819-HEH (E.D. Va. Sept. 4, 2014). We deny Funches's motions to appoint counsel, amend his complaint, extend the filing deadline to file additional briefs, and for a transcript at government expense. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED